**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOSE MARIA CHIMBAINA ALULEMA**,<br>*Petitioner*,<br>v.<br>**TODD BLANCHE**, ***et al.***,<br>*Respondents*. | No. 26-cv-14821<br><br>**ORDER** |

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, in which Petitioner challenges his continued detention under 8 U.S.C. § 1226(a) and seeks, among other relief, immediate release from custody. (ECF No. 1). Respondents have opposed the Petition, (ECF Nos. 7, 10, 11), and Petitioner has replied, (ECF Nos. 8, 13). The Court reserves the right to supplement its reasoning in a forthcoming Order or Opinion. The Court has considered the parties' submissions and the record before it, and therefore,

**IT IS** on this 25th day of November, 2026,

**ORDERED** that the Petition is **GRANTED**; and it is further

**ORDERED** that Respondents shall **RELEASE** Petitioner **IMMEDIATELY** and by no later than 12:00 p.m. on November 26, 2026, (a) in the State of New Jersey or otherwise as close to the place of initial arrest as reasonably practicable; (b) without additional conditions (such as ankle monitors or other electronic tracking devices); and (c) with all personal property seized at the time of arrest. Respondents shall promptly file a letter on the docket confirming Petitioner's release in compliance with this Order; and it is finally

**ORDERED** that to effectuate meaningful relief, Respondents shall not arrest, detain, or otherwise take Petitioner into custody for fourteen (14) days following his release.[1] This Court shall retain jurisdiction over any effort to re-arrest or re-detain Petitioner, and Petitioner may move to reopen these proceedings without filing a new habeas petition.

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: November 25, 2026

[1] But nothing in this Order shall be construed as enjoining Respondents from re-detaining Petitioner in the event of materially changed circumstances bearing on the statutory basis for detention. In the event of re-detention, Respondents shall bear the burden of establishing, by clear and convincing evidence, that detention is warranted.